CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Rd., St. 300
San Diego, CA 92131
(858) 375-7385
phylg@potterhandy.com
Attorneys for Plaintiff

KEITH ROZANSKI (SBN: 232330)
krozanski@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street Forty-Fifth Floor
Los Angeles, CA 90071
Telephone: (213)542-8000
Facsimile: (213)542-8100
Attorneys for Defendant
Gamestop, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LUIS VILLEGAS, | Case No.: 2:18-CV-00434-DDP-FFM |
|---|---|
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| v. | |
| EUNSIL J. OH; GAMESTOP, INC., a Minnesota Corporation; and Does 1-10, | |
| Defendants. | |

The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a

Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

Dated: January 25, 2019          CENTER FOR DISABILITY ACCESS

                                 By:  /s/ Chris Carson
                                     Chris Carson
                                     Attorneys for Plaintiff

Dated: January 25, 2019          HAIGHT BROWN & BONESTEEL LLP

                                 By:  /s/ Keith Rozanski
                                     Keith Rozanski
                                     Attorneys for Defendant
                                     Gamestop, Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Keith Rozanski, counsel for Gamestop, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: January 25, 2019         CENTER FOR DISABILITY ACCESS

                                By:   /s/ Chris Carson
                                      Chris Carson
                                      Attorneys for Plaintiff