CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Rd., St. 300
San Diego, CA 92131
(858) 375-7385
phylg@potterhandy.com
Attorneys for Plaintiff

KEITH ROZANSKI (SBN: 232330)
krozanski@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street Forty-Fifth Floor
Los Angeles, CA 90071
Telephone: (213)542-8000
Facsimile: (213)542-8100
Attorneys for Defendant
Gamestop, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VILLEGAS,<br><br>　　　　Plaintiff,<br>v.<br><br>EUNSIL J. OH; GAMESTOP, INC., a Minnesota Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:18-CV-00434-DDP-FFM<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

　　　　Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 19, 2019    CENTER FOR DISABILITY ACCESS

By: /s/ Chris Carson
Chris Carson
Attorneys for Plaintiff

Dated: June 19, 2019    HAIGHT BROWN & BONESTEEL LLP

By: /s/ Keith Rozanski
Keith Rozanski
Attorneys for Defendant
Gamestop, Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Keith Rozanski, counsel for Gamestop, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: June 19, 2019          CENTER FOR DISABILITY ACCESS

                                By:   /s/ Chris Carson
                                      Chris Carson
                                      Attorneys for Plaintiff